COOLEY LLP
WILLIAM K. PAO (252637)
(wpao@cooley.com)
JONATHAN B. WAXMAN (294851)
(jwaxman@cooley.com)
350 South Grand Avenue, Suite 3200
Los Angeles, California 90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Attorneys for Defendant
HISTOSONICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANN SUNG, an individual,

Plaintiff,

v.

HISTOSONICS, INC., a Delaware corporation,

Defendant.

Case No.

[Los Angeles County Superior Court Case No. 26STCV21204]

**DECLARATION OF JONATHAN WAXMAN IN SUPPORT OF DEFENDANT HISTOSONICS, INC.'S NOTICE OF REMOVAL**

I, Jonathan Waxman, hereby declare as follows:

**1.** I am attorney at Cooley LLP, counsel of record for Defendant HistoSonics, Inc. ("Defendant") in the above-captioned action. I am duly licensed to practice law in the state of California and am admitted to practice before this Court. The matters set forth herein are of my own personal knowledge, and, if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Defendant's Notice of Removal, filed concurrently herewith.

**2.** Pursuant to 18 U.S.C. § 1446(a), attached hereto as **Exhibits A-L** are true and correct copies of all process, pleadings, orders, records, and/or proceedings related to or filed in the Superior Court of California, County of Los Angeles, captioned *Ann Sung v. HistoSonics, Inc.*, Case No. 26STCV21204.

**3.** Attached hereto as **Exhibit M** is a true and correct copy of HistoSonics, Inc.'s Edison Sales and Service Agreement effective September 30, 2025 between HistoSonics, Inc. and Healer Medical Inc. and its accompanying exhibits.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 11, 2026, at Los Angeles, California.

By: */s/ Jonathan Waxman*
Jonathan Waxman

Attorneys for Defendant
HISTOSONICS, INC.